IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| FIRST INTERSTATE BANK, | CV 18–94–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| W RESOURCES, LLC, a Louisiana limited liability company; KATHY ANN CRESS, fka KATHY ANN CRESS WORLEY, an individual; and UNITED MISSISSIPPI BANK, a Mississippi corporation | |
| Defendants. | |

Plaintiff First Interstate Bank having filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Defendants having yet to file an answer,

IT IS ORDERED that the above-captioned cause is DISMISSED. All pending motions are MOOT and all deadlines are VACATED.

DATED this 5th day of February, 2019.

Donald W. Molloy, District Judge
United States District Court